# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | |
|---|---|
| Nicole Weisz <br><br> *Plaintiff(s)* <br> v. <br> CCT Holdings, LLC et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:23-cv-541-ALM-AGD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant CCT Holdings, LLC
C/O its registered agent, Michael S. Eymer
3453 Alma Ln.,
Kittredge, Colorado 80457

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas B. Welmaker
Welmaker Law PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___7/12/23___    *David A. O'Toole*
   *Signature of Clerk or Deputy Clerk*

Came to hand on 07-12-2023 @ 12:06 P.M.

**NON-SERVICE**
**RETURN**
**ATTACHED**

DRLS
516 West Annie St.
Austin, Texas 78704
2788-1

UNITED STATES DISTRICT COURT
for the Eastern District of Texas
Sherman Division

| | | | |
|---|---|---|---|
| NICOLE WEISZ, | Plaintiff | § | Civil Action No. 4:23-cv-541 |
| vs. | | § | |
| CCT HOLDINGS, LLC, et al, | Defendants | § | PROOF OF SERVICE AFFIDAVIT |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified by the Judicial Branch Certification Commission under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2023. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 12th day of July 2023, at 12:06 p.m. Summons in a Civil Action with Plaintiff's Original Complaint for service on Defendant CCT Holdings, LLC.

NOT SERVED for the following reasons:

On July 13, 2023, I attempted service via U.S.P.S. certified mail, return receipt requested, to registered agent, Michael S. Eymer at 3453 Alma Ln., Kittredge, Colorado 80457.

On or about August 12, 2023, the parcel returned to me marked, 'Return to Sender, Refused, Unable to Forward.'

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: Tod E. Pendergrass

Service Fee  $ 91.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re: Welmaker/2788-1

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 14th day of August 2023.



STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Nicole Weisz
)
)
*Plaintiff(s)*
)
v.
)
CCT Holdings, LLC et al
)
)                                      Civil Action No. 4:23-cv-541-ALM-AGD
)
*Defendant(s)*
)
)
)
)
)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    Defendant Michael S. Eymer
3453 Alma Ln.,
Kittredge, Colorado 80457

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas B. Welmaker
Welmaker Law PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____7/12/23_____                              David A. O'Toole
                                                     *Signature of Clerk or Deputy Clerk*



Came to hand on 07-12-2023 @ 12:06 P.M.       **NON-SERVICE**       DRLS
                                              **RETURN**            516 West Annie St.
                                              **ATTACHED**          Austin, Texas 78704
                                                                    2788-2

UNITED STATES DISTRICT COURT
for the Eastern District of Texas
Sherman Division

| | | | |
|---|---|---|---|
| NICOLE WEISZ, | Plaintiff | § | Civil Action No. 4:23-cv-541 |
| vs. | | § | |
| CCT HOLDINGS, LLC, et al, | Defendants | § | PROOF OF SERVICE AFFIDAVIT |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified by the Judicial Branch Certification Commission under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2023. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 12th day of July 2023, at 12:06 p.m. Summons in a Civil Action with Plaintiff's Original Complaint for service on Defendant Michael S. Eymer.

NOT SERVED for the following reasons:

On July 13, 2023, I attempted service via U.S.P.S. certified mail, return receipt requested, to Michael S. Eymer at 3453 Alma Ln., Kittredge, Colorado 80457.

On or about August 12, 2023, the parcel returned to me marked, 'Return to Sender, Refused, Unable to Forward.'

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:  Tod E. Pendergrass

Service Fee  $ 91.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re: Welmaker/2788-2

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 14th day of August 2023.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(I)(1)]