Attachment 3

**Quality Process Servers**
312 11TH AVE.
LONGMONT, CO 80501

INVOICE: 9566637
Issued: Sep 25, 2023

**WELMAKER LAW / 512-799-2048**
DOUGLAS B. WELMAKER
409 N Fredonia St
Longview, TX 75601

PAY TO:
**Quality Process Servers**
312 11TH AVE.
LONGMONT, CO 80501

| Case: | 4:23 CV 541- ALM- AGD | Plaintiff / Petitioner: | NICOLE WEISZ |
|---|---|---|---|
| Job: | 9566637 | Defendant / Respondent: | CCT HOLDINGS, LLC ET AL |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Additional Serve, Same Address | | $75.00 | 1 | $75.00 |
| Printing Fee | .25 per page | $4.50 | 1 | $4.50 |
| Serve Summons | | $150.00 | 1 | $150.00 |

This invoice is due upon receipt. As always, thank you for your business.

Total: $229.50
Amount Paid: ($0.00)
Balance Due: $229.50

Quality Process Servers • 312 11TH AVE., LONGMONT, CO 80501
Call: 303-444-9700 • Email: dqpsinvestigations@comcast.net • Visit: COLORADOPROCESSSERVER.ORG

*Doug @ WelmakerLaw.com*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-541

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Michael S. Eymer**
was received by me on *(date)* **9/13/2023** · **3453 Alma Ln Kittredge CO 80457**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because **Unknown  9/19/23 :@3:59A**

☐ Other *(specify)*: **Attempted @ 3453 Alma Ln Kittredge CO 80457**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **9/25/2023**

*Server's signature*

Notary [signature] 9/27/23

**Abigayle Boker, Process Server**
*Printed name and title*

JOHN CHELY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024010803
MY COMMISSION EXPIRES APRIL 1, 2026

**312 11th Ave Longmont CO 80501**
*Server's address*

Additional information regarding attempted service, etc:
**Server spoke to a male resident who said Michael Eymer is unknown.**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-541

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CCT Holdings LLC c/o Reg. Agent Michael S. Eymer 3453 Alma Ln Kittredge CO 80457__
was received by me on *(date)* __9/13/2023__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because __unknown - 9/19/23 @ 3:59p__ ; or

☐ Other *(specify)*: __Attempted @ 3453 Alma Ln Kittredge CO 80457__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/25/2023__

Notary [signature] 9/27/23

*Server's signature*

__Abigayle Boker, Process Server__
*Printed name and title*

[Notary stamp: JOHN CHELY NOTARY PUBLIC STATE OF COLORADO NOTARY ID 20024010803 MY COMMISSION EXPIRES APRIL 1, 2026]

__812 11th Ave Longmont CO 80501__
*Server's address*

Additional information regarding attempted service, etc:
Server spoke to a male resident who said CCT Holdings & Michael Eymer were unknown.