Attachment 4

## UNITED STATES DISTRICT COURT
### for the Eastern District of Texas
### Sherman Division

| | | | |
|---|---|---|---|
| NICOLE WEISZ, | Plaintiff | § | Civil Action No. 4:23-cv-541 |
| vs. | | § | |
| CCT HOLDINGS, LLC, et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified by the Judicial Branch Certification Commission under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2023. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 12th day of July 2023, at 12:06 p.m. Summons in a Civil Action with Plaintiff's Original Complaint for service on Defendant <u>CCT Holdings, LLC</u>.

**NOT SERVED** for the following reasons:

On September 27, 2023, I attempted service via U.S.P.S. certified mail, return receipt requested, to registered agent, Michael S. Eymer at 250 W. Jewell, Denver, Colorado 80223.

On or about November 8, 2023, the parcel was returned to sender, marked no such address and unable to forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   Tod E. Pendergrass

Service Fee  $ 0.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re:  Welmaker/3101

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 4th day of December 2023.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]