AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Nicole Weisz

_Plaintiff(s)_

v.

CCT Holdings, LLC et al

_Defendant(s)_

Civil Action No. 4:23-cv-541-ALM-AGD

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Defendant CCT Holdings, LLC
C/O its registered agent, Michael S. Eymer
3453 Alma Ln.,
Kittredge, Colorado 80457

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas B. Welmaker
Welmaker Law PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____7/12/23_____                    _David A. O'Toole_
                                               _Signature of Clerk or Deputy Clerk_

Came to hand on 07-12-2023 @ 12:06 P.M.

RETURN ATTACHED

DRLS
516 West Annie St.
Austin, Texas 78704
3101

UNITED STATES DISTRICT COURT
for the Eastern District of Texas
Sherman Division

| | | | |
|---|---|---|---|
| NICOLE WEISZ, | Plaintiff | § | Civil Action No. 4:23-cv-541 |
| vs. | | § | |
| CCT HOLDINGS, LLC, et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified by the Judicial Branch Certification Commission under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2023. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 12th day of July 2023, at 12:06 p.m. Summons in a Civil Action with Plaintiff's Original Complaint for service on Defendant CCT Holdings, LLC.

**NOT SERVED** for the following reasons:

On November 16, 2023, I attempted service via U.S.P.S. certified mail, return receipt requested, to registered agent, Michael S. Eymer at P.O. Box 998, Kittridge, Colorado 80457.

**On November 30, 2023, the parcel was returned to sender because it was refused.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: Tod E. Pendergrass

Service Fee  $ 134.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re: Welmaker/3101

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 1st day of December 2023.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]