AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas
Sherman Division

Nicole Weisz

*Plaintiff(s)*

v.

CCT Holdings, LLC et al

*Defendant(s)*

4:23-cv-541-ALM-AGD

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Defendant CCT Holdings, LLC, C/O the Texas Secretary of State
James E. Rudder Building,
1019 Brazos, Room 105, Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas B. Welmaker
Welmaker Law PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: _____1/9/2024_____

Came to hand on 01-09-2024
@ 9:13 A.M.

CLERK OF COURT

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

**RETURN ATTACHED**

UNITED STATES DISTRICT COURT
for the Eastern District of Texas
Sherman Division

| | | | |
|---|---|---|---|
| Nicole Weisz, | Plaintiff | § | Civil Action No. 4:23-cv-541-ALM-AGD |
| vs. | | § | |
| CCT Holdings, LLC, et al, | Defendants | § | PROOF OF SERVICE AFFIDAVIT |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am not less than eighteen (18) years of age and not a party to or interested in the outcome of the above styled and numbered suit. I am authorized to serve citations and other notices, writs, orders, and other papers issued by the court by Rule 103(2) & (3) of the Texas Rules of Civil Procedure. I am certified under order of the Texas Supreme Court; Certification No. PSC1660, Exp. 11/30/2025. I am personally acquainted with the facts stated herein and declare under penalty of perjury they are true and correct.

Came to hand on January 9, 2024, at 9:13 a.m., Summons in a Civil Action with Plaintiff's Original Complaint and $55.00 fee payable to the Texas Secretary of State, for service on <u>Defendant CCT Holdings, LLC</u>.

<u>Executed on January 9, 2024, at 1:19 p.m.</u>, at 1019 Brazos Street, Austin, Texas 78701, by delivering to the Texas Secretary of State, by delivering in person to <u>Michelle Robinson</u>, agent authorized to accept service of process on behalf of the Texas Secretary of State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   Tod E. Pendergrass

Signature _____   Re: Welmaker/3471
DRLS
516 W. Annie Street, Austin, TX 78704

Service Fee: $ 131.00

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on January 9, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for
The State of T E X A S

(This Return Affidavit is made pursuant to FRCP 4(l)(1))