UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Nicole Weisz

v.   Civil No. 4:23-cv-00541-ALM-AGD

CCT Holdings, LLC et al

CLERK'S ENTRY OF DEFAULT

On this __2nd__ day of __February__, 20 __24__, it appearing from the affidavit(s) in support of default of __Douglas Burton Welmaker__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

CCT Holdings, LLC

DAVID A. O'Toole, CLERK

By: _____
Deputy Clerk

p:\DFLT.ord