Exhibit A



# The State of Texas
## Secretary of State

2024-359964-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's Original Complaint in the cause styled:

Nicole Weisz vs CCT Holdings, LLC et al
United States District Court for the Eastern District of Texas, Sherman Division
Cause No:

was received by this office on January 9, 2024, and that a copy was forwarded on February 12, 2024, by CERTIFIED MAIL, return receipt requested to:

CCT Holdings, LLC
1904 South CHerokee Street
Denver, CO 80223

As of this date, no response has been received in this office.



Date issued: April 17, 2024

**Jane Nelson**
**Secretary of State**
GF/mr