Exhibit B

# DECLARATION OF NICOLE WEISZ

I, Nicole Weisz, declare as follows:

1. My name is Nicole Weisz. I am over the age of eighteen years, and competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. §1746.

2. I make this declaration based upon personal knowledge and, if sworn as a witness, could and would testify competently to the facts contained herein.

3. I began working for Defendant CCT Holdings, LLC ("CCT") on April 1, 2019, and my last day with CCT was March 14, 2023. Suit was filed in this matter on May 9, 2023. Using a three-year lookback period, the relevant period of time would be from May 9, 2020 through my last day of work, March 14, 2023.

4. I was a sales representative for CCT, responsible for arranging various cannabis "tours" and sightseeing events in and around the Denver area. While I began working with CCT on April 1, 2019, I did not start working more than 40 hours per week without overtime compensation until on or about October 1, 2020.

5. On or about October 1, 2020, I began working 7.5-hour shifts seven days per week, which comes to, on average, approximately 52.5 hours per week.

6. My pay fluctuated during this period of time based on the number of hours I worked. Additionally, both CCT and I agreed that my compensation was only intended to cover 40 hours or less per week. I made, on average, approximately $1,065.00 per week from October 1, 2020 through December 12, 2021, when I stopped working more than 40 hours per week. $1,065 divided by 52.5 hours per week comes to a regular hourly rate of $20.28. Multiplied by 1.5, my overtime rate is $30.42 per hour. Multiplied by 12.5 overtime hours per week, my weekly unpaid overtime comes to $380.25. There are 62 weeks in the period of October 1, 2020 through December 12, 2021. $380.25 in unpaid overtime per week x 62 weeks comes to $23,575.50. Doubled, that amount is $47,151.00.

7. I did not start working unpaid overtime (more than forty hours per week) again until May 27, 2022. At this time, I began working approximately 56 hours per week, which generally consisted of 8-hour shifts, seven days per week. I stopped working more than 40 hours per week on or about October 12, 2022. There are 19 weeks in this period of time.

8. During this time, I was paid $1,000 per week, but my agreement with CCT was that my compensation was only meant to cover hours worked up to 40 or less per week. At no point in time did we agree that my pay was meant to cover all hours worked, whether above or below 40 hours per workweek. $1,000 divided by 56 hours comes to a regular rate of $17.85, which, when multiplied by 1.5, comes to an overtime rate of $26.77, which, when multiplied by 16 overtime hours comes to $428.32 in unpaid overtime each week. $428.32 x 19 weeks comes to $8,138.08 in actual damages.

9. Total actual damages ($23,575.50 plus $8,138.08) come to $31,713.58.  Doubled, this amount comes to $63,427.16.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May  31 , 2024.

*Nicole Weisz*
_____
Nicole Weisz

Doc ID: 540b2cbee3ad67b63592dbfc6e9caa1ff710f0be