Attachment 1

| Activity | Date | Hours | Description | Rate | Billed | Expense | Vendor |
|---|---|---|---|---|---|---|---|
| Time | 5/18/23 | 1.1 | Research defendants, determine proper entity to sue, review Colorado SOS | $650.00 | $715.00 | | |
| Time | 5/18/23 | 2.9 | Prepare Original Complaint, multiple conferences w/client re: facts of case as they relate to the Complaint | $650.00 | $1,885.00 | | |
| Time | 5/10/23 | 5.5 | Review all clients' documents; multiple conferences with client about facts of case; prepare damages spreadsheets; research Colorado law | $650.00 | $3,575.00 | | |
| Time | 12/22/23 | 5.9 | Pull together service documents, prepare motion for entry and declaration supported by every single attempt at service of process | $650.00 | $3,835.00 | | |
| Time | 2/3/24 | 0.2 | Conference with client re: service issues and addresses | $650.00 | $130.00 | | |
| Time | 2/1/24 | 0.5 | Review service documents, prepare revised request for clerk's entry of default | $650.00 | $325.00 | | |
| Time | 4/25/24 | 2.9 | Review notes and paychecks and create damages summary for default judgment | $650.00 | $1,885.00 | | |
| Time | 5/30/24 | 2.9 | Review and revised motion for default judgment, recalculate damages and prepare declarations | $650.00 | $1,885.00 | | |
| | | | | | $14,235.00 | | |
| Costs | 6/13/23 | | Filing Fee | $402.00 | $402.00 | Filing Fees | US District Courts |
| Costs | 8/8/23 | | Service | $180.60 | $180.60 | Service of Process | Direct Results |
| Costs | 9/15/23 | | DQPS Investigations, Colorado, Service of Process | $229.50 | $229.50 | Service of Process | DQPS Inves. |
| Costs | 11/20/23 | | Additional attempts at service of process | $133.75 | $133.75 | Service of Process | Direct Results |
| Costs | 1/30/24 | | Service on the Texas Secretary of State | $185.00 | $185.00 | Service of Process | Direct Results |
| | | | | | $1,130.85 | | |