IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **NICOLE WEISZ,** | § |
| | § |
| **Plaintiff,** | § |
| v. | § |
| | §   Case No.  4:23-cv-541-ALM-AGD |
| **CCT HOLDINGS, LLC** | § |
| **AND MICHAEL EYMER,** | § |
| **INDIVIDUALLY,** | § |
| | § |
| **Defendants.** | § |

## FINAL DEFAULT JUDGEMENT

The Court has considered Plaintiff Nicole Weisz's Motion for Default against Defendant CTT Holdings, LLC.

After considering the Motion, the Declarations, and other evidence on file, the Court GRANTS Plaintiff's Motion for Default Judgment and renders judgment as follows:

A final judgment in favor of Plaintiff Nicole Weisz against Defendant CCT Holdings, LLC as follows:

- $31,713.58 in unpaid wages for Nicole Weisz;

- $31,713.58 in liquidated damages for Nicole Weisz;

A final judgment in favor of Plaintiffs' attorney Douglas B. Welmaker of Welmaker Law PLLC of $11,235.00 for reasonable and necessary attorney's fees and $1,130.85 for court costs.

Additionally, this Court retains jurisdiction over enforcing this judgment and any future attorney's fees and costs incurred by Plaintiff, including fees and costs that may be incurred defending an appeal and collecting this final judgment.