**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **NICOLE WEISZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **4:23-cv-541-ALM-AGD** |
| **CCT HOLDINGS, LLC** | § | |
| **AND MICHAEL EYMER,** | § | |
| **INDIVIDUALLY,** | § | |
| | § | |
| **Defendants.** | | |

---

**MOTION FOR EXTENSION OF TIME**

---

Plaintiff Nicole Weisz ("Weisz") files the following Motion for Extension of Time and in support would show as follows:

Plaintiff filed her Motion for Default Judgment on June 4, 2024, Dkt. 10.  On January 2, 2025, this court asked counsel for Plaintiff a number of follow up questions in order to better understand the issues presented in the Motion for Default Judgment, and gave counsel until today, January 24, 2025 to respond.  Dkt. 13.

After speaking with Plaintiff, it turns out that she may have access to invoices and/or emails that could provide additional context to her claims.  In order to review and assimilate this additional information, the undersigned seeks a one week extension of time to respond to his Court's Order of January 2, 2025, which would make the new due date of Plaintiff's Response January 31, 2025.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


ATTORNEY FOR PLAINTIFF



**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Extension of time has been electronically served on January 24, 2025


/s/ Douglas B. Welmaker
Douglas B. Welmaker