**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **NICOLE WEISZ,** § | |
| § | |
| **Plaintiff,** § | |
| **v.** § | |
| § | **4:23-cv-541-ALM-AGD** |
| **CCT HOLDINGS, LLC** § | |
| **AND MICHAEL EYMER,** § | |
| **INDIVIDUALLY,** § | |
| § | |
| **Defendants.** | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff's Motion for Extension of Time. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff file a Response to this Court's January 2, 2025 Order on or before January 31, 2025.