### **Supplemental Declaration of Nicole Weisz**

I, Nicole Weisz, declare as follows:

1.      My name is Nicole Weisz. I am over the age of eighteen years, and competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. §1746.

2.      I make this declaration based upon personal knowledge and, if sworn as a witness, could and would testify competently to the facts contained herein.

3.      I worked two periods of time with CCT during which I was not paid overtime pay: 1) from October 1, 2020, through December 12, 2021, and 2) from May 27, 2022 through October 12, 2022. I understand that the Court has requested additional details about the second period of time, from May 27, 2022 through October 12, 2022.

4.      At the beginning of 2022, Michel Eymer, the owner of CCT and I agreed that I would work five 8-hour shifts per week (40 hours) for a payment of $1,000 each week. Prior to May 28, 2022, Michael Eymer informed me that he wanted me to pick up two extra shifts per week. This is what I was discussing in the May 28, 2022 email between Michael Eymer and myself (a true and correct copy of which is attached hereto as Exhibit 1). I had been working one 8-hour shift per day, five days a week, for $1,000 per week. Mr. Eymer wanted me to work an additional two shifts, which would increase my workload to 56 hours per week. I complained about the additional work, as he was not offering additional compensation. Ultimately, I was required to work the extra 2 shifts for the same pay, although Mr. Eymer said that he would give me an extra week of paid vacation.

5.      From May 27, 2022, through October 12, 2022, I worked 56 hours per week, or 7 shifts of 8 hours per day. I was paid $1,000 per week or $2,000 per pay period during this time, even though my pay had been agreed to compensate me for working 40 hours per week. My hours did not change during this time.

I declare under penalty of perjury that the foregoing is true and correct.

        Executed on January 30, 2025.

                                                        *Nicole Weisz*
                                                        _____
                                                        Nicole Weisz