Exhibit 1

From: **Nikki Weisz** <nikki@cannabistours.com>
Date: Sat, May 28, 2022 at 5:49 PM
Subject: Work Contract
To: Michael Eymer <mike@cannabistours.com>

Hello Mike,

I'm reaching out in regards to the changes that have been requested in my current contract. The most recent agreement was that I was to work 5 shifts over the course of 5 days a week while being paid a total of 4k a month or 1k per week. I understand that with the current economic state of the business we all need to chip in a little more to compensate and keep the company alive, however, I don't know that I am comfortable adding an additional 2 shifts and 2 days to my work schedule with no additional compensation or benefits. If I were to do so I feel that it would take away the benefits that I received as a raise at the beginning of the year when it was agreed that I would no longer have to work 7 shifts a week in lieu of receiving more financial compensation for my good work. I really enjoy working for this company and feel that I have been a loyal employee throughout my 3 years here. I would like to continue being an asset to this team, however, if I am to go back to an increased work week of 56+ hours a week with no off days I would like to receive additional benefits as a result. I'm requesting that as compensation for the additional time worked I receive 2 weeks of paid vacation per year that can be cashed out at the end of the year in the event that it is not used at the discounted rate of $20/per.  This would mean that I would be contributing 2 additional days a week to the company at no additional cost to you along with accepting my vacation time at a 20% discount. I look forward to your feedback and hope that we can come to an agreement that will best suit the company's needs while still being a fair compromise.

Sincerely,
Nicole Weisz