IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NICOLE WEISZ, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-541-ALM-AGD |
| v. | § § | |
| CCT HOLDINGS, LLC, ET AL., | § § § | |
| Defendants. | § | |

**ORDER**

Pending before the court is Plaintiff Nicole Weisz's Motion for Extension of Time (Dkt. #14). Having reviewed the Motion and all other relevant filings, the court finds that the Motion should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Extension of Time (Dkt. #14) is **GRANTED**. Plaintiff's deadline to respond to the court's January 2, 2025, order (Dkt. #13) was extended until *Friday, January 31, 2025*.

**IT IS SO ORDERED.**

**SIGNED this 11th day of March, 2025.**

*[signature]*

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE