# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NICOLE WEISZ | § |
| | § |
| v. | § Civil Action No. 4:23-CV-541 |
| | § (Judge Mazzant/Judge Durrett) |
| CCT HOLDINGS, LLC, ET AL. | § |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2025, the Magistrate Judge entered a Report (Dkt. #17) recommending that Plaintiff Nicole Weisz's Motion for Default Judgment as to Defendant CCT Holdings, LLC (Dkt. #10) be granted, that Plaintiff's claims against Defendant Michael Eymer be dismissed without prejudice, that Plaintiff's claims against Defendant CCT Holdings, LLC be dismissed with prejudice, and that Plaintiff be awarded the following damages: 1) $42,353.50 in unpaid wages; 2) $42,353.50 in liquidated damages; 3)$11,235.00 for reasonable and necessary attorney's fees; and 4) $1,130.85 for costs of court. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Nicole Weisz's Motion for Default Judgment as to Defendant CCT Holdings, LLC (Dkt. #10) is **GRANTED.** It is further **ORDERED** that Plaintiff's claims against Defendant Michael Eymer are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Plaintiff's claims against Defendant CCT Holdings, LLC are **DISMISSED WITH PREJUDICE.** It is finally **ORDERED** that Defendant CCT Holdings, LLC, pay Plaintiff the following damages: 1) $42,353.50 in unpaid wages; 2) $42,353.50 in liquidated damages; 3) $11,235.00 for reasonable and necessary attorney's fees; and 4) $1,130.85 for costs of court.

    **IT IS SO ORDERED.**
    SIGNED this 27th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE