# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NICOLE WEISZ § § | |
| v. § § | Civil Action No. 4:23-CV-541 (Judge Mazzant/Judge Durrett) |
| CCT HOLDINGS, LLC, ET AL. § § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting the Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED,** and **ADJUDGED** that Defendant CCT Holdings, LLC, pay Plaintiff Nicole Weisz the following damages: 1) $42,353.50 in unpaid wages; 2) $42,353.50 in liquidated damages; 3) $11,235.00 for reasonable and necessary attorney's fees; and 4) $1,130.85 for costs of court. It is further **ORDERED** that this case is **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED** this 27th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE